IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.

DEONTRA DEION PAIGE and
GREGORY HINES

CRIMINAL NO. 3:16cr56 DCB-FKB

18 U.S.C. § 2119
18 U.S.C. § 924(c)(1)(A)(ii)

*SOUTHERN DISTRICT OF MISSISSIPPI*
*FILED*
*JUL 26 2016*
*ARTHUR JOHNSTON*
*BY _____ DEPUTY*

**The Grand Jury charges:**

COUNT 1

That on or about February 6, 2016, in Hinds County in the Northern Division of the Southern District of Mississippi, the defendants, **DEONTRA DEION PAIGE and GREGORY HINES**, aided and abetted by each other, with the intent to cause death or serious bodily harm, did willfully take and attempt to take a motor vehicle that had been transported, shipped and received in interstate commerce, from the person and presence of another, by force and violence and by intimidation, that is, while possessing and brandishing a handgun, did take a 2003 Chevrolet Tahoe, bearing license plate number HYV 203, VIN #1GNEC13Z73J214518, in violation of Section 2119, Title 18, United States Code.

COUNT 2

That on or about February 6, 2016, in Hinds County in the Northern Division of the Southern District of Mississippi, the defendants, **DEONTRA DEION PAIGE and GREGORY HINES**, aided and abetted by each other, did knowingly brandish a firearm, to wit: a pistol, during and in relation to a crime for which he may be prosecuted in a Court of the United States, that is, carjacking, in violation of Section 2119 of Title 18, United States Code, and all in violation of Section 924(c)(1)(A)(ii), Title 18, United States Code.

NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendant shall forfeit to the

United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offense, and all property used to facilitate the offenses.

The grand jury has determined that probable cause exists to believe that the following property is subject to forfeiture as a result of the offenses alleged in this Indictment:

One (1) Ravens Arms, Model: MO25. .25 caliber pistol, serial number 1886312

Two (2) rounds of .25 caliber ammunition

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 924(d)(1), Title 18, United States Code and Section 2461(c), Title 28, United States Code.

GREGORY DAVIS
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 26th day of July, 2016.

UNITED STATES MAGISTRATE JUDGE